# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGG M. OVERSEN, ) | |
| ) | Case No.: 1:16-CV-00348-GMS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FORD MOTOR COMPANY, ) | U.S. District Judge Gregory M. Sleet |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that all claims in the above-captioned action be dismissed with prejudice. Each party is to bear its own costs.

THE DEBRUIN LAW FIRM                    WHITE AND WILLIAMS LLP

/s/ David W. deBruin                    /s/ Timothy S. Martin

David W. deBruin (#4846)                Timothy S. Martin (#4578)
1201 North Orange Street, Suite 500     Courthouse Square
Wilmington, DE 19801                    600 North King Street, Suite 800
Attorney for Plaintiff,                 Wilmington, DE 19801
Gregg M. Oversen                        Attorney for Defendants
                                        Ford Motor Company

19158545v.1